UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| BHAGUBHAI HIRA, PRADIP HIRA, and SHIRISH HIRA, | ) ) ) | |
| v. | ) ) | No. 3:13-cv-527 |
| NEW YORK LIFE INSURANCE COMPANY, | ) ) ) | |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, the defendant's motion to dismiss [Doc. 25] is **GRANTED in part and DENIED in part** as follows: plaintiffs' claims for fraud, constructive fraud, breach of fiduciary duty, civil RICO, and unjust enrichment are **DISMISSED**. The case will proceed solely on plaintiffs' breach of contract claim.

IT IS SO ORDERED.

                                                s/ Thomas W. Phillips
                                      SENIOR UNITED STATES DISTRICT JUDGE