UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BHAGUBHAI HIRA, PRADIP HIRA, and SHIRISH HIRA, | ) ) ) |
| v. | ) No. 3:13-cv-527 ) |
| NEW YORK LIFE INSURANCE COMPANY, | ) ) ) |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, the defendant's motion to enforce settlement agreement [Doc. 42] is **GRANTED**. Defendant is **DIRECTED** to pay the settlement proceeds in the amount of $10,000.00 to plaintiffs' counsel, Russell L. Egli, for deposit into his client trust account pending disbursement to the plaintiffs. Any motion for attorney fees shall be filed within thirty (30) days. This case is **DISMISSED with prejudice** and the Clerk is **DIRECTED** to close this case.

IT IS SO ORDERED.

    s/ Thomas W. Phillips
    SENIOR UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
  CLERK OF COURT